IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON N. BOWER,<br><br>          Plaintiff,<br><br>     vs.<br><br>FORSTER FARMS DAIRY, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 07-0917 LJO SMS<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR JURY TRIAL**<br>(Doc. 36.) |

This Court issued its November 29, 2007 order to dismiss plaintiff Baron N. Bower's ("Mr. Bower's") vague claims in connection with his 2002 settlement of employment claims against defendant Foster Farms Dairy. This Court concluded, among other things, that an effective release and failure to meet statutory recision requirements barred Mr. Bower's claims and that such deficiencies cannot be cured by amendment. The clerk entered a December 3, 2007 judgment in favor of defendants and against Mr. Bower. On December 13, 2007, Mr. Bower filed what this Court construes as a F.R.Civ.P. 38 demand for jury trial. This Court DENIES Mr. Bower's jury trial demand as moot given dismissal of his claims, entry of judgment against him, and Mr. Bower's failure to oppose defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   December 18, 2007                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1