UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON BOWER, | 1:07-cv-00917-LJO-SMS |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST TO HAVE ACCESS TO ELECTRONIC FILING AS MOOT** (Doc. 33) |
| vs. | |
| FOSTER FARMS DAIRY, et al., | **INFORMATIONAL ORDER** |
| Defendants. / | |

The Court is in receipt of Plaintiff's request to have access to electronic case filing, filed November 30, 2007 (Doc. 33). Despite the fact this case is closed as Judge O'Neill issued an order to dismiss Plaintiff's claims on November 29, 2007 (Doc. 31), and has further denied Plaintiff's motion to amend the complaint (Doc. 35), as well as denying Plaintiff's motion to demand a jury trial (Doc. 37), the Court provides the following advisory information:

Any person with a valid credit card can obtain a PACER account which allows only VIEWING access to documents. Under the Local Rules of the Eastern District, a pro se litigant can obtain a CM/ECF password and can file documents electronically only if the court orders it.

Local Rule 5-133, Filing and Contents of Documents, reads thus:

### RULE 5-133

### FILING AND CONTENTS OF DOCUMENTS

**(a)** **Electronic Filing.** The Eastern District of California is an electronic case management/filing district (CM/ECF). Unless excused by the Court or by the electronic filing procedures set forth in these Rules, attorneys shall file all documents electronically pursuant to those Rules. All complaints, and subsequent motions, pleadings, briefs, exhibits, and all other documents in a case shall be electronically filed except as otherwise provided by these Rules. Unrepresented persons, sometimes referenced as pro se litigants or appearing in propria persona, shall file and serve paper documents as provided in these Rules. After filing of a paper document by a pro se litigant, the Clerk's Office will transform the paper filing into an electronic record and ultimately discard the paper filing.

**(b)** **Exceptions**

**(2)** **Pro Se Party Exception.** Any person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. See L.R. 5-133(b)(3). All pro se litigants shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Local Rules.

As there is no case pending for the applicant of this request, and therefore no longer any "assigned Judge or Magistrate Judge," Mr. Bower's request for access to electronic case filing is DENIED as MOOT.

IT IS SO ORDERED.

**Dated:   December 19, 2007**              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE