UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON N. BOWER, | CASE NO. CV F 07-0917 LJO SMS |
| Plaintiff, | **ORDER TO DENY REOPENING ACTION**<br>(Doc. 40.) |
| vs. | |
| FOSTER FARMS DAIRY, et al., | |
| Defendants. | |

     This Court's December 3, 2007 order dismissed this action with prejudice and closed it. A December 3, 2007 judgment was entered on the order. On March 6, 2014, plaintiff Baron Bower ("Mr. Bower") filed his request to reopen this action.

     This Court thoroughly reviewed and evaluated Mr. Bower's request and the record and finds no good cause to reopen this action more than six years after it was closed. A basic principle of federal practice is that courts generally refuse to reopen decided matters. *Magnesystems, Inc. v. Nikken*, 933 F.Supp. 944, 948 (C.D. Cal. 1996). This Court has fully evaluated Mr. Bower's claims and has determined that they lack sufficient factual and legal grounds. Recently discovered documents do not enliven Mr. Bower's dismissed claims.

1

Moreover, appeal and other deadlines have long past, and no good cause exists to renew them. As such, this Court DENIES Mr. Bower's request to reopen this action.

IT IS SO ORDERED.

    Dated:   **March 10, 2014**                   **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE